IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-02357-EWN-BNB | Date: August 30, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| HEIDI RAE SHAFFER, | Susan Hahn |
| Plaintiff, | |
| v. | |
| SPHERION CORPORATION, | Colleen Rea |
| Defendant, | |
| COLORADO DEPARTMENT OF LABOR AND EMPLOYMENT, Division of Employment and Training | Mark McMullen |
| Interest Party. | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:    1:29 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**    Motion to Quash Subpoena Duces Tecum by Colorado Department of Labor and Employment (filed July 19, 2007; doc. 32) is denied as stated on the record. Information to be provided on or before August 31, 2007.

**ORDERED:**    Motion to Quash Subpoena Duces Tecum by Colorado Department of Labor and Employment (filed July 24, 2007; doc. #41) is denied as stated on the record. Information to be provided on or before August 31, 2007.

**ORDERED:** Unopposed motion for extension of discovery deadline by defendant (filed July 20, 2007; doc. #35) is granted as stated on the record. Discovery cut-off is extended to October 1, 2007.

**ORDERED:** Plaintiff's unopposed motion to amend the scheduling order to extend the discovery cut-off to allow each party to depose one expert and for plaintiff to depose one lay witness (filed July 20, 2007; doc. 36) is granted as stated on the record. Discovery cut-off is extended to October 1, 2007.

Court in Recess        1:48 p.m.        Hearing concluded.

Total time in court:    00:19