IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02357-EWN-BNB

HEIDI RAE SHAFFER,

Plaintiff,

v.

SPHERION CORPORATION,

Defendant.
_____

# ORDER
_____

This matter is before me on the following:

(1) **Motion to Quash Subpoena Duces Tecum** [Doc. # 32, filed 7/19/2007] (the "First Motion to Quash") filed by the Colorado Department of Labor and Employment, Division of Employment and Training;

(2) **Motion to Quash Subpoenas Duces Tecum** [Doc. # 41, filed 7/24/2007] (the "Second Motion to Quash") filed by the Colorado Department of Labor and Employment, Division of Employment and Training;

(3) **Unopposed Motion for Extension of Discovery Deadline** [Doc. # 35, filed 7/20/2007] (the "Motion for Extension"); and

(4) **Plaintiff's Unopposed Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off to Allow Each Party to Depose One Expert and for Plaintiff to Depose One Lay Witness** [Doc. # 36, filed 7/20/2007] (the "Motion to Amend Schedule").

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the First Motion to Quash and the Second Motion to Quash are DENIED.  The Colorado Department of Labor and Employment, Division of Employment and Training, shall produce to the parties in this action those documents, in whatever form, containing the bases for Heidi Rae Shaffer's claim for benefits and Spherion Corporation's response, if any, to that claim for benefits.  In connection with the production required here, the parties and the Colorado Department of Labor and Employment, Division of Employment and Training, shall execute a protective order prohibiting the parties from disclosing the information produced pursuant to this order to any person or entity other than the parties here, their counsel of record, and the court.  Any copies of the documents produced by the Colorado Department of Labor and Employment, Division of Employment and Training, filed with the court shall be filed in a manner consistent with D.C.COLO.LCivR 7.2 and 7.3.  The filed by the Colorado Department of Labor and Employment, Division of Employment and Training, shall produce the documents required by this order at the later of August 31, 2007, or upon the entry of the protective order addressed here.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED.

IT IS FURTHER ORDERED that the Motion to Amend Schedule is GRANTED in part.  The discovery cut-off is extended to and including **October 1, 2007**, solely to allow the parties to depose the disability experts.  The Motion to Amend Schedule is DENIED as moot with respect to the deposition of Kerry Lennon, that deposition having already been taken.  The Motion to Amend Schedule is DENIED in all other respects.

Dated August 30, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge