IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02357–EWN–BNB

HEIDI RAE SHAFFER,

    Plaintiff,

v.

SPHERION CORPORATION,

    Defendant.

## ORDER

This is an employment discrimination case, which comes before the court on Defendant Spherion Corp.'s "Unopposed Motion for Leave to File Supplemental Authority in Support of Defendant's Motion for Summary Judgment," filed September 24, 2007. On November 22, 2006, Plaintiff Heidi Shaffer filed a complaint in this court, asserting that Defendant discriminated against her based on her disability, in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C.A. § 12101, *et seq.* (West 2007).

On July 23, 2007, Defendant filed a motion for summary judgment on Plaintiff's claim. (Defs.' [sic] Mot. for Summ. J. [filed July 23, 2007].) Plaintiff responded to the motion on August 18, 2007. (Pl.'s Resp. in Opp'n to Def.'s Mot. for Summ. J. [filed Aug. 18, 2007].) On

September 10, 2007, Defendant filed a reply in support of its motion. (Def.'s Reply Br. in Supp. of Mot. for Summ. J. [filed Sept. 10, 2007].)

In its motion now before the court, Defendant seeks leave to file with the court two Tenth Circuit opinions — both issued after Defendant filed its reply brief — that "pertain to the legal issues addressed" in Defendant's motion for summary judgment and supportive reply. (Unopposed Mot. for Leave to File Supplemental Authority in Supp. of Def.'s Mot. for Summ. J. at 1 [filed Sept. 24, 2007].) Plaintiff mounts no opposition to the supplemental authority. (*Id.*) The court has considered the motion and finds good cause therefor.

Based on the foregoing, it is ordered that Plaintiff's motion for leave (# 27) is GRANTED.

Dated this 28th day of September, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge