IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02357–EWN–BNB

HEIDI RAE SHAFFER,

    Plaintiff,

v.

SPHERION CORPORATION,

    Defendant.

## ORDER SETTING TRIAL PREPARATION CONFERENCE

This matter having been set for trial commencing on March 31, 2008, it is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 4:00 o'clock p. m. on March 21, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 23rd day of January, 2008.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        Chief United States District Judge